FILED 22 JUL 14 PM 01:45 USDC COL

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

1831 Wynnton Rd
Apt 8 East Columbus, GA
31906

Christopher S. Ratio LA'Flare Chapman
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

SKYLAR
OCTAPHARMA PLASMA

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Christopher Ratio LA'Flare Chapman
Street Address: 1831 Wynnton Road
City and County: Columbus
State and Zip Code: GA 31906
Telephone Number: (678) 389-0793
E-mail Address: gideon.bartholomewlaw@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

- Name: Skylar
- Job or Title (if known): Donor Floor Technician Supervisor / Company Executive / Owner
- Street Address: 3472 Macon Road
- City and County: Columbus
- State and Zip Code: GA 31907
- Telephone Number: (706) 405-4645
- E-mail Address (if known):

Defendant No. 2

- Name: OCTA PHARMA PLASMA
- Job or Title (if known): Plasma Donor Center
- Street Address: 3472 Macon Road
- City and County: Columbus
- State and Zip Code: GA 31907
- Telephone Number: (706) 405-4645
- E-mail Address (if known):

Defendant No. 3

- Name: OCTA PHARMA PLASMA
- Job or Title (if known): Owner
- Street Address: 3525 Whitehall Park Drive Suite 500
- City and County: Charlotte
- State and Zip Code: NC 28273
- Telephone Number: 10644 Westlake Dr (704) 654-4600
- E-mail Address (if known):

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, (name) _Christopher S. Ratio LaFlore Chapa_ is a citizen of the State of (name) _GA_.

2. If the plaintiff is a corporation
   The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____,
   and has its principal place of business in the State of (name) _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, (name) _GA_, is a citizen of the State of (name) _GA_. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation
   The defendant, (name) _(GA) OCTA PHARMA_, is incorporated under the laws of the State of (name) _GA_, and has its principal place of business in the State of (name) _GA_.
   Or is incorporated under the laws of (foreign nation) _GA_, and has its principal place of business in (name) _GA_.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

$150,000

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 07/06/2022, at *(place)* 3472 Macon Road Columbus, GA 31907 the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

The defendants failed to perform the safe insertion of a blood withdraw needle device during my plasma Donation. Based on certain personal criteria of me, not limited to, gender preference, ethnic background, religious practice, and mental health status the employee performing this proceedure purposly failed to uphold safety proceedures.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Defendants failed to follow their safty guidlines regarding my donation and the insertion of the (needle) blood withdrew device. Insted, Defendants mocked me with racially motivated remarks, And Refered reffered to me As "The Black Lawyer"! Who is always looking Wierd"

### IV. Relief

Defendant Skylar denied me service based on color, creed, And belief on 07/06/2022

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Monatary Compensation

$150,000

Medica expenses

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/08/2022

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Christopher S. Rato La Flor Chapman

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____