IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CHRISTOPHER S. RATIO LAFLARE CHAPMAN, III, | * |
| | * |
| Plaintiff, | Case No.  4:22-cv-00112-CDL-MSH |
| v. | * |
| SKYLAR, et al., | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated November 10, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 14th day of November, 2022.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk